proved under a general denial should be resolved in favor of the pleader. (*Clode v. Scribner's Sons*, 200 App. Div. 532; *Morgan Munitions Co. v. Studebaker Corp.*, 226 N. Y. 94.) The matters alleged in the second separate defense seem to constitute at least a partial defense under article 8 of the Debtor and Creditor Law (Laws of 1928, chap. 833). In our opinion, it is at least questionable if the complaint alleges facts which, if deemed to be true, are sufficient to establish an actionable tort by these appellants. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

WILLIAM J. YATES, Plaintiff, v. TOWN OF MOUNT PLEASANT, Defendant.— Submission of controversy pursuant to sections 546–548 of the Civil Practice Act. Judgment unanimously directed for plaintiff for $5,450, without interest and without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

## (March 15, 1937.)

In the Matter of the Application of JOHN H. KOLLOCK, as Candidate for Mayor, and BLAISE SOKOLOSKI, and CHARLES E. RECKENBEIL, Appellants, as Candidates for Village Trustees of the Village of New Hyde Park, for an Order Directing the Village Clerk, J. EDWIN RUSSELL, Respondent, of the Incorporated Village of New Hyde Park, as a Member of the Board of Elections, and Each and Every Other Member of the Board of Elections of the Incorporated Village of New Hyde Park, to Place upon the Official Ballot the Names of the Petitioners as Candidates for Election to the Offices of Mayor and Village Trustees Respectively at the Election to Take Place on March 16, 1937, in Said Village.— Motion to have appeal heard forthwith granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of JOHN H. KOLLOCK, as Candidate for Mayor, and BLAISE SOKOLOSKI, and CHARLES E. RECKENBEIL, Appellants, as Candidates for Village Trustees of the Village of New Hyde Park, for an Order Directing the Village Clerk, J. EDWIN RUSSELL, Respondent, of the Incorporated Village of New Hyde Park, as a Member of the Board of Elections, and Each and Every Other Member of the Board of Elections of the Incorporated Village of New Hyde Park, to Place upon the Official Ballot the Names of the Petitioners as Candidates for Election to the Offices of Mayor and Village Trustees Respectively at the Election to Take Place on March 16, 1937, in Said Village.— Order denying petitioners' motion to direct J. Edwin Russell, village clerk of the incorporated village of New Hyde Park, to place the names of the petitioners on the official ballot as candidates for election to the offices of mayor and village trustees, respectively, at the election to be held in said village on March 16, 1937, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. [See 162 Misc. 299.]

## (March 19, 1937.)

PAUL ADLER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of ADLER, COLEMAN & Co., and Others, Respondents, v. BUSH TERMINAL COMPANY and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of